UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CRANDALL RACK, )<br>Defendant. )<br>)<br>)<br>)<br>)<br>) | **04 CR 10300 GAO**<br><br>CRIMINAL NO.:<br><br>Count 1: 21 U.S.C. § 841(a)(1)<br>Possession of Cocaine Base<br>With Intent to Distribute<br>Count 2: 18 U.S.C. § 924(c)(1)(A)<br>Possession of a Firearm During<br>Crime of Drug Trafficking |

### INDICTMENT

**COUNT ONE**: 21 U.S.C. § 841(a)(1) – Possession of Cocaine Base With Intent to Distribute

The Grand Jury charges that:

On or about June 21, 2004, at Boston, in the District of Massachusetts,

**CRANDALL RACK,**

the defendant herein, did knowingly and intentionally possess with intent to distribute, a quantity of cocaine base, also known as crack cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, § 841(a)(1).

**COUNT TWO**:  18 U.S.C. § 924(c)(1)(A) – Possession of a Firearm During Crime of Drug Trafficking

The Grand Jury further charges that:

On or about June 21, 2004, at Boston, in the District of Massachusetts,

**CRANDALL RACK,**

the defendant herein, did knowingly carry a firearm, to wit, a Bryco Jennings .380 caliber semi-automatic pistol, from which the serial number had been obliterated, during and in relation to the drug trafficking offense charged in Count One of this Indictment, to wit: possession of cocaine base with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further finds and alleges the following additional facts:

1. At the time of the drug possession offense that is the subject of Count One, the defendant possessed a dangerous weapon. Thus, U.S.S.G. § 2D1.1(b)(1) is applicable.

2. The drug possession offense that is the subject of Count One involved at least 5 grams but less than 20 grams of cocaine base. Thus, U.S.S.G. § 2D1.1(c)(7) is applicable.

3. The offense that is the subject of Count Two involved the defendant's possession of a firearm during another felony offense, to wit: the drug possession offense alleged in Count One. Thus, U.S.S.G. § 2K2.4(c) is applicable.

4. The firearm which is the subject of Count Two bore an obliterated serial number. Thus, U.S.S.G. § 2K2.1(b)(4) is applicable.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY


_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS ; September 29, 2004, at _____.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

9/29/04 @ 2:00pm

%JS 45 (5/97) - (Revised USAO MA 3/25/02)

**04CR10300GAO**

# Criminal Case Cover Sheet
U.S. District Court - District of Massachusetts

**Place of Offense:**　　　　　　　　　　**Category No.** II　　　　**Investigating Agency** ATF

**City** Boston　　　　　　　　　　**Related Case Information:**

**County** Suffolk　　　　　　　　Superseding Ind./ Inf. _____　**Case No.** _____
　　　　　　　　　　　　　　　　Same Defendant _____　**New Defendant** x _____
　　　　　　　　　　　　　　　　Magistrate Judge Case Number _____
　　　　　　　　　　　　　　　　Search Warrant Case Number _____
　　　　　　　　　　　　　　　　R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** CRANDALL RACK　　　　　　　　**Juvenile**　☐ Yes　☒ No

**Alias Name** unknown

**Address** 20 Warwick Street, Roxbury, MA

**Birth date:** 1980　**SS#:** 8140　**Sex:** M　**Race:** Black　**Nationality:** USA

**Defense Counsel if known:** _____　**Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Paul R. Moore　　　　　**Bar Number if applicable** 632312

**Interpreter:**　☐ Yes　☒ No　　**List language and/or dialect:** _____

**Matter to be SEALED:**　☐ Yes　☒ No

☒ **Warrant Requested**　　　☐ **Regular Process**　　　☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____　☐ Serving Sentence　☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**　☐ Complaint　☐ Information　☒ Indictment

**Total # of Counts:**　☐ Petty ____　☐ Misdemeanor ____　☒ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☒　I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** September 29, 2004　　**Signature of AUSA:** _/s/ R. R._

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**    CRANDALL RACK

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Poss of Cocaine Base w/ Int. to Distribute | 1 |
| Set 2 | 18 U.S.C. § 924(c)(1)(A) | Poss. of Firearm During a Crime of Drug Traffick. | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

District Court Case Number  (To be filled in by deputy

Name of Defendant    CRANDALL RACK

ADDITIONAL INFORMATION:

js45 - Poss of Cocaine Base - Crime of Violence - Rack.wpd - 3/13/02