AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

U.S.A

v.

Crandall Rack

**APPEARANCE**

Case Number: filed in Open Court
[signature] Ostin
9-30-04
2:55pm

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Crandall Rack

I certify that I am admitted to practice in this court.

9/30/04
Date

[Signature]

Gordon W. Spencer  630488
Print Name                          Bar Number

1256 Park Street Suite 104
Address

Stoughton   MA   02072
City            State        Zip Code

781-297-9293
Phone Number                        Fax Number

781-297-9295