AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _____ MASSACHUSETTS

2004 OCT -1  P 4: 03

UNITED STATES OF AMERICA
V.
**CRANDALL RACK**
DOB: 5/28/1980
SSN: 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

**WARRANT FOR ARREST**

04 CR 10300

CASE NUMBER: 04-_____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**CRANDALL RACK**_____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with: (brief description of offense)

**Possession of Cocaine Base with the Intent to Distribute;**
**Possession of a Firearm During a Crime of Drug Trafficking,**

in violation of Title  21  United States Code, Section   **841(a)(1).**
in violation of Title  18  United States Code, Section   **924(c)(1)(A).**

_____
Name of Issuing Officer

_____
Signature of Issuing Officer

_Supervisor_
Title of Issuing Officer

9-29-04  Boston
Date and Location

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| WARRANT EXECUTED BY _HF_ |
| Y ARREST/ARRAIGNMENT OF THE DEFENDANT ON 9/30/04 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |