AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

### DISTRICT OF     MASSACHUSETTS

UNITED STATES
V.
CRANDALL RACK

## EXHIBIT AND WITNESS LIST

Case Number:  04-10300-GAO

| PRESIDING JUDGE BOWLER | | PLAINTIFF'S ATTORNEY PAUL MOORE | | DEFENDANT'S ATTORNEY GORDON SPENCER | |
|---|---|---|---|---|---|
| TRIAL DATE (S) 10/5/04 | | COURT REPORTER DIGITAL | | COURTROOM DEPUTY SACCOCCIO | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/5/04 | | | LISA RUDNICKI for the govt. |
| | | 10/5/04 | | | WANDA RACK for the deft. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.