UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10300-GAO |
| ) | |
| CRANDALL RACK, ) | |
| Defendant. ) | |

## JOINT MOTION FOR EXCLUDABLE TIME

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Paul R. Moore, and the defendant, CRANDALL RACK, by and through his counsel, Gordon Spencer, Esq., jointly move pursuant to § 3161(h)(8)(A) that the period from November 22, 2004, the next day of business after which an Initial Status Conference was held in this matter, up to and including January 13, 2005, the date on which a Final Status Conference is scheduled to be held, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reasons therefore, the parties represent that this brief continuance is necessary so that the parties can continue to examine the evidence in this matter and explore possible resolution of the matter without going to trial. Therefore, it is in the interests of justice that the current motion be allowed.

WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from November 22, 2004 through January 13, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Paul R. Moore
Assistant U.S. Attorney


CRANDALL RACK
Defendant

By: _____
Gordon Spencer, Esq.
Counsel for CRANDALL RACK

DATE: November 19, 2004