UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) NO. 04-10300-GAO |
| CRANDALL RACK, | ) FILED |
| Defendant. | ) in Open Court |
| | ) USDC, Mass. |
| | ) Date 11/19/04 |
| | ) By [signature] |
| | ) Deputy Clerk 10:10 am |

## JOINT INITIAL STATUS CONFERENCE MEMORANDUM

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, and the defendant CRANDALL RACK, by and through his counsel, Gordon Spencer, Esq., jointly submit this memorandum pursuant to the Initial Status Conference ordered by this Court on October 5, 2004. In so doing, the parties address herein the issues delineated in L.R. 116.5(A) pertaining to initial status conferences.

1. There is no need for relief from the otherwise applicable timing requirements imposed by L.R. 116.3.

2. The government has provided open file discovery to the defense counsel and will continue to provide open file discovery if and when further evidence becomes available to the government. Defendant has, as of November 17, 2004, made a request of the government for further discovery, despite the non-existance of such discovery. The government is in the process of responding to defendant's request. Having provided open file discovery, the government does not anticipate providing any further discovery (other than that required to be produced at least twenty-one days prior to trial pursuant to L.R. 116.2(B)(2)(a)-(g)), but allows that it might do so

in response to specific defense requests.

3. A motion date should be established for the filing of, and response to, substantive motions.

4. The parties would also request that the Court deem excludable thirty days commencing on October 5, 2004, the date of arraignment (the defendant neither having elected in writing to proceed under the automatic discovery process nor having filed a written waiver of automatic discovery).

5. The parties agree that the time between the date of the filing of this memorandum, November 19, 2004, through the date that the Court sets for the filing by the defendant of substantive motions, up to and including the date that the Court sets for the government's response thereto, should be excluded pursuant to 18 U.S.C. § 3161(h)(1)(F).

6. At this juncture, the parties anticipate a trial, which is expected to last approximately five days.

7. The final status conference should be set coincident with the conclusion of the briefing period that the Court sets for the defendant's substantive motions.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By: _____
          Paul R. Moore
          Assistant United States Attorney


          CRANDALL RACK
          Defendant

By: _____
          Gordon Spencer, Esq.
          Counsel for CRANDALL RACK

DATE: November 19, 2004