### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

Criminal No.: 04-10330-GAO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **CRANDEL RACK** | ) |
| | ) |

### ASSENTED MOTION FOR CONTINUANCE AND EXCLUDABLE TIME

The Defendant moves, by and through his attorney, and assented to, by the United States of America, by and through its attorneys, Michael J. Sullivan, and Assistant U.S. Attorney Paul R. Moore, for a continuance of the Defendant's status conference, currently scheduled for January 13, 2005, to February 7, 2005, at 2:15 p.m. This request is based upon a scheduling conflict, on the part of counsel for the Defendant, and where there is no objection, it is in the interests of justice that the current motion be allowed.

Further, both parties jointly move, pursuant to § 3161(h)(8(A) that the period from January 13, 2005, up to and including February 7, 2005, on which a final status conference is to be held, be excluded from computation under the Speedy Trial Act of the time within this case must be tried.

WHEREFORE, the parties respectfully request that the Court written an order of excludable delay covering the period from January 13, 2005 through February 7, 2005.

                              CRANDEL RACK
                              By his Attorney,

                              Gordon W. Spencer, Esq.
                              1256 Park Street, Suite 104
                              Stoughton, MA 02072
                              (781) 297-9293
                              BBO# 630488


                              MICHAEL J. SULLIVAN
                              United States Attorney


Assented to by:            Paul Moore (w/ permission — GS)
                              Paul R. Moore
                              Assistant United States Attorney