UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10300-GAO |
| | ) | |
| CRANDALL RACK, | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE TIME**

    The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Paul R. Moore, and the defendant, CRANDALL RACK, by and through his counsel, Gordon Spencer, Esq., jointly move pursuant to United States Code §3161(h)(8)(A) that the period from February 8, 2005, the date after which a Further Status Conference was held in this matter, up to and including March 9, 2005, the date on which a Final Status Conference is scheduled to be held, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reasons therefore, the parties represent that this brief continuance is necessary so that the parties can continue to examine the evidence in this matter and explore possible resolution of the matter without going to trial. Therefore, it is in the interests of justice that the current motion be allowed.

    WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from February 8, 2005, through March 9, 2005.

    Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Paul R. Moore
   Paul R. Moore
   Assistant U.S. Attorney


        CRANDALL RACK
        Defendant

By: /s/ Gordon Spencer
   Gordon Spencer, Esq.
   Counsel for CRANDALL RACK

DATE:  February 7, 2005