# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10300-GAO

UNITED STATES OF AMERICA

v.

CRANDALL RACK

### *FINAL STATUS REPORT*

March 9, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with being in possession of cocaine base with the intent to distribute and possession of a firearm during the crime of drug trafficking, was returned on September 29, 2004;

    2. The defendant was arraigned on the Indictment on October 5, 2004;

    3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately 15 witnesses and that the trial would last approximately three days;

5. Counsel for the defendant has indicated that the case will be resolved by way of a trial;

6. As of the date of this Final Status Report, time has been excluded through March 9, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

      /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge

2