**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Criminal No.: 04-10330-GAO

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) |
| | ) |
| **CRANDEL RACK** | ) |
| | ) |

## MOTION FOR CONTINUANCE AND EXCLUDABLE TIME

The Defendant moves, by and through his attorney, for a continuance of the Defendant's trial scheduled in approximately three weeks, for April 19, 2005. This request is at the direct urging of the Defendant, who after informed by his attorney of the imminent trial date, believes that 3 weeks is not enough time to adequately finish the preparation of his defense.

Further, the Defendant moves, pursuant to § 3161(h)(8(A) that the period of the continuance be excluded from computation under the Speedy Trial Act of the time within this case must be tried.

The Defendant also submits and affidavit, via his counsel, but also requests a hearing should the Court deem it necessary.

WHEREFORE, the Defendant respectfully request that the Court draft an order of excludable delay covering the period of the requested continuance.

- 2 -

                CRANDEL RACK
                By his Attorney,

                Gordon W. Spencer, Esq.
                1256 Park Street, Suite 104
                Stoughton, MA 02072
                (781) 297-9293
                BBO# 630488

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 04-10330-GAO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CRANDEL RACK | ) |
| | ) |

FILED
IN CLERK'S OFFICE

2005 MAR 30  A 9 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

## AFFIDAVIT OF COUNSEL FOR THE DEFENDANT IN SUPPORT OF MOTION FOR CONTINUANCE

Under oath, I hereby depose and state as follows:

1. My name is Gordon W. Spencer, and I am counsel for the Defendant, Crandel Rack.

2. On or about October 1, 2004, the Defendant was taken into custody by the United States Marshall on the instant indictment, and has been in custody for approximately six months.

3. On or about March 23, 2005, counsel for the parties were before this court for a final status conference, where a trial date was scheduled for April 19, 2005.

4. On or about March 25, 2005, I made contact with my client to inform him of the imminent trial, and begged me to file the instant motion for more time.

5. The Defendant feels that this case is not ready for trial, and that I have not done enough preparation.

6. The Defendant informed me of at least three witnesses that he wants me to interview, and subpoena particular documents, including certain tax records, as well as retain the services of an expert.

7. As of present, I have not performed these tasks.

- 2 -

8. The Defendant also stated that he expected to go to trial in around the summer, which provided the reason why he did not inform me of the requests sooner.

9. While I feel that I could interview the witnesses requested by the Defendant, as well as send out subpoenas for various documents in three weeks, I don't feel that three weeks would be enough time to retain the services of an expert.

10. The Defendant, in his request, also informs me that he obviously would be willing to exclude any further time that he needs to prepare from computation under the Speedy Trial Act.

11. I have told the Defendant that if this Court grants his request, that his case would either be scheduled on a week where another case is has already been previously scheduled for trial, or he would have to wait until July or perhaps August for a firm trial date.

12. The Defendant had responded that in light of the potential sentence he faces, he feels a few months delay will cause him no hardship.

13. I have spoken to the Assistant United States Attorney Paul Moore, who has objected to the Defendant's request.

14. The Defendant responds by stating that the Government cannot articulate any real prejudice if the Court grant's this request.

Signed under the pains and penalties of perjury this 30th day of March, 2005.

Gordon W. Spencer

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the United States of America, via Assistant United States Attorney Mr. Paul Moore, via –in hand service this 30th day of March, 2005.

Gordon W. Spencer