UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10300-GAO |
| ) | |
| CRANDALL RACK, ) | |
| Defendant. ) | |
| ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO CONTINUE TRIAL

The government hereby responds to the defendant's motion, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore. In so responding, the government respectfully requests that this Honorable Court not allow the defendant's motion, given that the defendant has already been allowed a substantial period of time in which to consider the evidence and prepare any witnesses he may wish to call or present.

This matter was charged by the Grand Jury in an Indictment which issued on September 29, 2004. Subsequently, an Initial Status Conference was held on January 13, 2005, a Further Status Conference was held on February 7, 2005, and a Final Status Conference was held on March 9, 2005. The defendant has already been granted a considerable period of time which could well have been used to serve the very same purposes he described in his Motion and no reason has been provided to the Court to explain why the defendant either could not or did not use that time for the purposes he now cites.

The government, therefore, respectfully requests that this Motion be denied and that trial commence as scheduled, on April 19, 2005, at 9:00 a.m.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


By: s/s Paul R. Moore
    Assistant U.S. Attorney



DATE:        April 1, 2005