UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 04-10300-GAO |
| v. ) | |
| ) | |
| CRANDALL RACK, ) | |
| Defendant. ) | |

**GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan, and Assistant United States Attorney Paul R. Moore, hereby requests that, in addition to those questions commonly put to the venire in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1. The United States of America is one of the litigants in this trial. You will hear the United States referred to throughout the trial as "the government." Have you, or any member of your immediate family, or anyone with whom you are close:

   (a) ever been arrested, or ever answered charges (other than for an alleged moving traffic violation) in a criminal proceeding?

   (b) ever filed a lawsuit or claim of any kind against any police or other law enforcement officer?

   (c) ever engaged in litigation with the federal government, that is, ever filed a claim or lawsuit against the United States or any of its agencies, or answered some claim made against you by the federal government?

   (d) been employed by the United States Attorney's Office, the United States Probation Office, the United States Pre-Trial Services Office, the United States District Court Clerk's Office, the United States Marshal's Service, or the Federal Bureau of Investigation, also known as the "FBI"?

(e) ever been employed by, or had any involvement of any sort with the Boston Police Department?

2.     Are you aware of any prejudice that you may have against the government that would in any way impair your ability to evaluate and judge fairly and impartially the facts of this case?

3.     Some of the witnesses expected to be called by the United States at trial are members of the Boston Police Department.  One or more of these law enforcement officers may be called to testify as to certain matters in this case calling for specialized knowledge and skill, such as narcotics investigations.

Are you aware of any prejudice that you might have for or against a witness or other individual in this case where that witness or individual is a law enforcement officer?

4.     Have you, or anyone in your family or close circle of friends, ever been treated for an addiction to any narcotic substance?

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

BY:

                              /s/ Paul R. Moore
                              Paul R. Moore
                              Assistant U.S. Attorney

Dated: April 21, 2005

## **CERTIFICATE OF SERVICE**

SUFFOLK, ss                                                                                 Boston, Massachusetts
                                                                                            April 21, 2005

    I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing Government's Requested Questions For The Jury Venire to counsel of record by United States mail.

                                                                     /s/ Paul R. Moore
                                                                     Paul R. Moore
                                                                     Assistant U.S. Attorney