UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CRIMINAL NO. 04-10300-GAO |
| | ) | |
| CRANDALL RACK, | ) | |
| Defendant. | ) | |

## GOVERNMENT'S LIST OF PROSPECTIVE TRIAL EXHIBITS

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully submits the following list of prospective trial exhibits:

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| Govt. Exhibit # 1(A) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(B) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(C) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(D) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(E) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(F) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(G) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(H) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(I) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(J) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(K) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(L) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(M) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(N) | 1 bag of cocaine from Rack | |

| | | |
|---|---|---|
| Govt. Exhibit # 1(O) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(P) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(Q) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 1(R) | 1 bag of cocaine from Rack | |
| Govt. Exhibit # 2 | Analyst Report No. 681199R- 5.64 grams | |
| Govt. Exhibit # 3(A) | 1 bag of cocaine from Cowan | |
| Govt. Exhibit # 3(B) | 1 bag of cocaine from Cowan | |
| Govt. Exhibit # 4 | Analyst Report No. 681200R- 0.18 grams | |
| Govt. Exhibit # 5 | .380 Jennings Model: Bryco 38 Pistol, Semi-automatic | |
| Govt. Exhibit # 6 | 1 Magazine for 380 Jennings Model: Bryco 38 Pistol, Semi-automatic | |
| Govt. Exhibit #7(A) | 1, 0.380 caliber loose round of ammunition | |
| Govt. Exhibit #7(B) | 1, 0.380 caliber loose round of ammunition | |
| Govt. Exhibit #7(C) | 1, 0.380 caliber loose round of ammunition | |
| Govt. Exhibit #7(D) | 1, 0.380 caliber loose round of ammunition | |
| Govt. Exhibit # 8 | Firearms Examiner's Report | |

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Paul R. Moore
      Paul R. Moore
      Assistant United States Attorney

April 25, 2005

## CERTIFICATE OF SERVICE

    I, Paul R. Moore, Assistant United States Attorney, do hereby certify that a copy of the foregoing was sent via first class mail to the following:

        Gordon Spencer, Esq.
        1256 Park
        Stoughton, MA 02072
        (Counsel for Defendant Rack)

                          /s/ Paul R. Moore
                          Paul R. Moore
                          Assistant United States Attorney

April 25, 2005