UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10300-GAO |
| CRANDALL RACK,<br>                Defendant. | ) ) ) ) | |

GOVERNMENT'S MOTION TO CONTINUE TRIAL

The government hereby respectfully requests, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, that this Honorable Court continue the trial in this matter from May 16, 2005, to any date after May 23, 2005 which would be suitable for the defendant, Mr. Rack.

The reason for this request is, quite simply, the unavailability of one of the government's key witnesses in this trial, Officer Heath, who will be in Honduras from May 12 through May 23, 2005. Subpoenas for this and other government witnesses were delivered to those witnesses upon the Court's granting of the Defendant's Motion to Continue this matter. Apparently, it was known at that time that Officer Heath would be out of the country, although that fact was not communicated to the prosecutor until today. That fact clearly should have been communicated to the prosecutor, given the repeated preparatory interactions between the police supervisor and the prosecutor and ATF agent during the past several weeks.

Nonetheless, this particular witness is expected to offer testimony which clearly links, in the government's view, the Defendant's actual possession of the gun and the place where the gun

-1-

was ultimately found by the police.

The government apologizes to the Court and to the defendant for not having been aware of this conflict at an earlier time (the undersigned, upon receiving word from the police of this conflict, immediately called defense counsel to inform him).

The government, therefore, respectfully requests that this Motion be granted and that the trial be moved to a date after May 23, 2005, and which date is suitable to the needs of the Defendant.

>                            Respectfully submitted,
>
>                            MICHAEL J. SULLIVAN
>                            United States Attorney
>
>                       By:
>
>                            /s/ Paul R. Moore
>                            Paul R. Moore
>                            Assistant U.S. Attorney

DATE:      May 4, 2005

## CERTIFICATE OF SERVICE

Suffolk, S.S.                                   Boston, Massachusetts
                                                May 4, 2005

I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have served a copy the foregoing by first class mail to counsel for the Defendant, Gordon Spencer.

>                            /s/ Paul R. Moore
>                            Paul R. Moore
>                            Assistant U.S. Attorney