UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 04-~~10330~~ 10300-GAO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CRANDEL RACK | ) |
| | ) |

## DEFENDANT'S NOTICE TO CALL EXPERT WITNESS

The Defendant, by and through his attorney, pursuant to Rule 16 of the Federal Rules of Criminal Procedure, hereby gives notice to the United States of America of his intention to call Roger Connell Grimson Ph.D. in its case in chief, in order to testify regarding the procedures undertaken by the state chemists in the weighing of the narcotics allegedly possessed by the Defendant. Dr. Grimson will, based upon his education, training, and experience in mathematics and statistics will opine that the "random sampling" process undertaken by the state chemists in reaching an aggregate weight of the entire sample was an unreliable method, and the state chemists' conclusion as to the aggregate weight of the drugs is also unreliable.

The Defendant has also disclosed to the United States Dr. Grimson's Curriculum Vitae.

- 2 -

CRANDEL RACK

By his Attorney,

_____
Gordon W. Spencer, Esq.
1256 Park Street, Suite 104
Stoughton, MA 02072
(781) 297-9293
BBO# 630488

Dated: May 5, 2005