UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 04-10300-GAO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| CRANDEL RACK | ) |
| | ) |

## DEFENDANT'S LIST OF EXHIBITS

The Defendant, by and through his Attorney, hereby respectfully submits the following list of its anticipated trial witnesses.

1. Photographs of Ruggles Station Train Station in Roxbury, Massachusetts.

2. Medical records of Crandel Rack from Brigham and Women's Hospital from May 1, 2004 to May 9, 2004.

CRANDEL RACK
By his Attorney,

Gordon W. Spencer, Esq.
1256 Park Street, Suite 104
Stoughton, MA 02072
(781) 297-9293
BBO# 630488

Dated: May 5, 2005