UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 04-10300-GAO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CRANDEL RACK | ) |
| | ) |

## DEFENDANT'S LIST OF TRIAL WITNESSES

The Defendant, by and through his Attorney, hereby respectfully submits the following list of its anticipated trial witnesses.

1. Ms. Wanda Rack, Roxbury, Massachusetts.

2. Detective Charles Johnson, Roxbury, Massachusetts.

3. Keeper of the Records, Brigham and Women's Hospital.

4. Roger Grimson, Ph. D. Stony Brook, New York.

5. Kenneth Cowans, Roxbury, Massachusetts.

CRANDEL RACK
By his Attorney,

Gordon W. Spencer, Esq.
1256 Park Street, Suite 104
Stoughton, MA 02072
(781) 297-9293
BBO# 630488

Dated: May 5, 2005