UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10300-GAO |
| ) | |
| CRANDALL RACK, ) | |
| Defendant. ) | |

**GOVERNMENT'S REVISED LIST OF TRIAL WITNESSES**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully submits the following list of its anticipated trial witnesses:

1. Officer Stephen T. Duran, Boston Police Department, 650 Harrison Avenue, Boston, Massachusetts.

2. Officer Roque Heath, Boston Police Department, 650 Harrison Avenue, Boston, Massachusetts.

3. Officer William F. Donga, Boston Police Department, 650 Harrison Avenue, Boston, Massachusetts.

4. Officer Ryle, Boston Police Department, 650 Harrison Avenue, Boston, Massachusetts.

5. Officer William Donnelly, Boston Police Department, 650 Harrison Avenue, Boston, Massachusetts.

6. Special Agent Lisa Rudnicki, Boston II Field Office, Department of Alcohol, Tobacco, and Firearms.

7. Sergeant Detective Robertson, Boston Police Department, 650 Harrison Avenue, Boston, Massachusetts.

8. Detective McManus, Boston Police Department, 650 Harrison Avenue, Boston, Massachusetts.

      9.      Assistant Analyst Daniela Frasca, Department of Public Health Drug Analysis Laboratory, 305 South Street, Boston, Massachusetts.

      10.      Assistant Analyst Sonja Farak, Department of Public Health Drug Analysis Laboratory, 305 South Street, Boston, Massachusetts.

      11.      Chemical Analyst Della Saunders, Department of Public Health Drug Analysis Laboratory, 305 South Street, Boston, Massachusetts.

      12.      Firearms Examiner Tyrone Camper, Boston Police Department Firearms Unit.

      13.      Timothy Adams, 835 Columbus Avenue, Boston, Massachusetts.

      14.      Abdifatah Mohamed, 835 Columbus Avenue, Boston, Massachusetts.

      15.      Kenneth Cowan, 27 Dennison Street, Roxbury, Massachusetts.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Paul R. Moore, Assistant United States Attorney, do hereby certify that a copy of the foregoing was sent via first class mail to the following:

>Gordon Spencer, Esq.
>1256 Park
>Stoughton, MA 02072
>(Counsel for Defendant Rack)

>/s/ Paul R. Moore
>Paul R. Moore
>Assistant U.S. Attorney

May 25, 2005