UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  CRIMINAL NO.: 04-10030-GAO |
| | ) |
| CRANDALL RACK, | ) |
|         Defendant. | ) |
| | ) |

## ASSENTED-TO MOTION TO WAIVE JURY TRIAL AND CONTINUE THE MATTER FOR BENCH TRIAL

The government, represented by its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, and the Defendant, represented by his attorney, Gordon Spencer Spencer, Esq., hereby file this assented-to Motion to Waive Trial by Jury and to consent to trial by the Court. Both parties agree to waive trial by jury and to assent to trial by the Court.

If the Court grants the parties' Motion, the parties respectfully request that the matter be continued for a short period. The reason for this request is that the government has, in the last two weeks, requested a complete testing of the substances involved in this matter and has quite recently presented extensive materials relating to that testing to the Defendant. Defendant, therefore, needs additional time in which to examine those materials and to consult with his expert witness in order to properly formulate trial strategy.

[ Defendant's Written Waiver of Jury Trial Pursuant to Fed.R.Crim.P 23(a). ]

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Paul R. Moore
      Paul R. Moore
      Assistant U.S. Attorney

CRANDALL RACK
Defendant

By:   /s/ Gordon Spencer
      Counsel for the Defendant

May 26, 2005

and Crandal Rack

*[signature: Crandall Rack]*

Dated:

Before me, 5/31/05.

*[signature]*
U.S.D.J.