UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10300-GAO |
| ) | |
| ) | |
| CRANDALL RACK, ) | |
| Defendant. ) | |

STIPULATIONS OF FACT

The parties hereby respectfully agree to the following facts in the present matter, referenced above, now before this Court:

1. The items marked as "Government's Exhibit 1" ("A" through "R") and Government's Exhibit 3 ("A" and "B") and which purport to be the drugs involved in this matter have been chemically analyzed by the Massachusetts State Laboratory and were found to contain cocaine base.[1]

2. The item marked as "Government's Exhibit 5" (.380 caliber Bryco Jennings semi-automatic pistol) is a firearm for purposes of federal law.

---

[1] The government has recorded the items as Government's Exhibits 1 (A through R) and 3 (A and B), although it anticipates revising its Proposed Exhibit List so that the exhibits are listed more simply as Government's Exhibit 1 and Exhibit 3.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:

        /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney


        CRANDALL RACK
        Defendant

By:

        /s/ Gordon Spencer
        Gordon Spencer, Esq.
        Counsel for the Defendant

May 31, 2005