UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 04-10330-GAO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CRANDEL RACK | ) |
| | ) |

## DEFENDANT'S MOTION IN OPPOSITION OF GOVERNMENT'S MOTION TO RECONSIDER

The Defendant, by and through his counsel, respectfully requests that this Honorable Court affirm its previous ruling on the evidentiary matter before it on May 31, 2005. As grounds in opposition, the Defendant states that the Government has not cited to any additional reasons not contemplated by the court via oral argument. Further, the Defendant states that the Government has not cited to one case, statute, or other authority, which would give the court pause to rethink the broad discretion it is given and has applied in this matter.

At the motion hearing, the court indicated its view rather plainly – that the Government for the last year (knowing the gravity of the situation), adopted an approach, which caused the Defendant time and expense to dismantle by the retainage of its expert. Now the Government, instead of seeking it's own expert testimony to rebut the Defendant's expert (which the Defendant welcomes), it chooses to abandon what it has first embraced, citing the "gravity of the situation".

- 2 -

The Defendant can only presume that the Government's failure to proffer some good faith reason, for only recognizing the "gravity of the situation" on the eve of trial, and to the ultimate prejudice of the Defendant, struck a chord in the Court's mind in balancing the Government's interests against the Defendant.

With respect to the arguments regarding potential strategies by the Defendant, the Defendant submits that the weight of the drugs are at issue, and that an attempt to place blame on the Government's witnesses for their adoption of their approach does nothing to strengthen the issue of weight.

For the foregoing reasons, the Defendant requests this Honorable Court to DENY the Government's motion.

CRANDEL RACK  
By his Attorney,

Gordon W. Spencer, Esq.  
1256 Park Street, Suite 104  
Stoughton, MA 02072  
(781) 297-9293  
BBO# 630488