UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10300-GAO |
| | ) | |
| CRANDALL RACK, | ) | |
| Defendant. | ) | |

## GOVERNMENT'S REVISED LIST OF PROSPECTIVE TRIAL EXHIBITS

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby respectfully submits the following revised list of prospective trial exhibits:

| Marked for Identification | Exhibit | Admitted Exhibit Number |
|---|---|---|
| Govt. Exhibit # 1(A) | 1 bag containing 18 small bags of cocaine base | |
| Govt. Exhibit # 2 | Analyst Report No. 681199R- 5.64 grams | |
| Govt. Exhibit # 3 | 1 bag containing two small bags of cocaine base | |
| Govt. Exhibit # 4 | Analyst Report No. 681200R- 0.18 grams | |
| Govt. Exhibit # 5 | .380 Jennings Model: Bryco 38 Pistol, Semi-automatic | |
| Govt. Exhibit # 6 | 1 Magazine for 380 Jennings Model: Bryco 38 Pistol, Semi-automatic | |
| Govt. Exhibit #7(A) | 1, 0.380 caliber loose round of ammunition | |
| Govt. Exhibit #7(B) | 1, 0.380 caliber loose round of ammunition | |

| Govt. Exhibit #7(C) | 1, 0.380 caliber loose round of ammunition | |
| Govt. Exhibit #7(D) | 1, 0.380 caliber loose round of ammunition | |
| Govt. Exhibit # 8 | Firearms Examiner's Report | |

                                                    Respectfully submitted,

                                                    MICHAEL J. SULLIVAN
                                                    United States Attorney

                              By:    /s/ Paul R. Moore
                                    Paul R. Moore
                                    Assistant United States Attorney

June 3, 2005

## CERTIFICATE OF SERVICE

    I, Paul R. Moore, Assistant United States Attorney, do hereby certify that a copy of the foregoing was sent via facsimile to the following:

                    Gordon Spencer, Esq.
                    1256 Park
                    Stoughton, MA 02072
                    (Counsel for Defendant Rack)

                                          /s/ Paul R. Moore
                                          Paul R. Moore
                                          Assistant United States Attorney

June 3, 2005