# UNITED STATES DISTRICT COURT

UNITED STATES DIST COURT DISTRICT OF Massachusetts

U S A

**EXHIBIT AND WITNESS LIST**

V.

CRANDALL RACK

Case Number: CR04-10300-GAO

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| O'Toole | Moore | Spencer |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 6/29/05 - 7/1/05 | Shelly Killian | Lynew |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   |   |   |   | Govt witness - Rogue Heath |
| 3 |   | 6/29/05 | ✓ | ✓ | 2 Glassine Bag with rock like substance |
| 5 |   | 6/29/05 | ✓ | ✓ | Firearm |
| 1 |   |   |   |   | Glassine Bag of Rock like substance |
|   | 1 | 6/29 | ✓ | ✓ | Photo of Ruggle T station |
|   | 2 | 6/29 | ✓ | ✓ | Photo of Registry/T station |
|   | 3 | 6/29 | ✓ | ✓ | Photo of stairs + Parking Garage |
|   | 4 | 6/29 | ✓ | ✓ | Photo of garage |
|   | 5 | 6/29 | ✓ | ✓ | Driveway entrance of garage |
|   |   |   |   |   | Govt witness - Kenneth Cowans |
|   |   |   |   |   | Govt witness - William Bonga |
|   | 6 | 6/29 | ✓ | ✓ | Photo of Top of Platform + T station |
|   | 7 | 6/29 | ✓ | ✓ | Photo looking toward Tremont |
|   |   |   |   |   | Govt witness - John Ryle |
|   |   |   |   |   | Govt witness - Timothy Adams |
|   |   |   |   |   | Govt witness - Daniela Frasca |
| 2 |   | 6/29/05 | ✓ | ✓ | Certification that states net weight of Drugs |
|   | 8 | 6/29/05 | ✓ |   | Notes |
|   | 9 | 6/29/05 | ✓ |   | Notes |
|   |   |   |   |   | Deft witness - Wanda Rack |
|   |   |   |   |   | Deft witness - Roger Grimson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

UNITED STATES DIST COURT DISTRICT OF  MASSACHUSETTS

USA

v.

Crandall Rack

**EXHIBIT AND WITNESS LIST**

Case Number: CR04-10300-GAO

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  |  | ✓ | Rebuttal Witness - Daniela Frasca |
| 9 |  | 7/1/05 | ✓ | ✓ | Certification |
|  |  |  |  |  | Rebuttal Witness - Roger Grimson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages