UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No., 04-10330-GAO

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | CR04-10300-GAO |
| v. ) | |
| ) | |
| **CRANDEL RACK** ) | |
| ) | |

**MOTION FOR JUDGMENT OF ACQUITTAL AT THE CLOSE OF
GOVERNMENT'S EVIDENCE**

The defendant moves, pursuant to Federal R. Crim. P. 29(a) for the court to set enter a judgment of acquittal on the above-numbered complaint with respect to both counts of the indictment.

As reasons, therefore, the evidence as presented by the Government is insufficient, as a matter of both fact and law, to sustain convictions on the conspiracy charge. In particular, there was insufficient evidence regarding Count II of the indictment, alleging that the Defendant did knowingly carry a firearm during in, and in relation to the drug trafficking offense charged in Count I of the indictment. In furtherance, the Defendant states that there was no evidence presented by the Government on the element of "in relation to". There wasn't any police officer or civilian witness which provided evidence to establish a causal connection or any evidence to show that the firearm facilitated, or had a role in the crime, as required in United States v. Hadfield, 918 F.2d. 987 (1st Cir. 1990).

- 2 -

Indeed, the only evidence that was presented by the Government, was that the Defendant had threw away a firearm, minutes after an alleged drug transaction. It is without question that mere possession of a firearm is not enough to satisfy the statute. United States v. Payero, 888F.2d 928 (1st Cir. 1989). Further, the Defendant submits that even mere possession of the firearm during a crime of drug trafficking is not enough, if there is no evidence to find that the Defendant intended to have the firearm facilitate the crime in some way. Hadfield at 998.

Without a presentation by the Government of evidence which amounts to more than mere possession of a firearm during a crime of drug trafficking, then the Government has only met two elements of the statute. Without evidence of how this possession was "in relation" to the crime of drug trafficking, the Government's presentation falls short, and would be insufficient to submit to the finder of fact for consideration of guilt.

As a result, no reasonably fact-finder could have found the defendant guilty beyond a reasonable doubt.

CRANDEL RACK,
By his Attorney,

Gordon W. Spencer
BBO #630488
1256 Park Street #104
Stoughton, MA 02072
(781) 297-9293

Dated: July 1, 2005