UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No., 04-10330-GAO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CRANDEL RACK | ) |
| | ) |

**MOTION FOR JUDGMENT OF ACQUITTAL AT THE CLOSE OF THE DEFENDANT'S CASE**

The defendant moves, pursuant to Federal R. Crim. P. 29(a) for the court to set enter a judgment of acquittal on the above-numbered complaint with respect to both counts of the indictment after the close of the Defendant's case.

As reasons, therefore, the evidence as presented by the Government is insufficient, as a matter of both fact and law, to sustain convictions on the conspiracy charge. In particular, the Defendant relies not only upon his original Motion for Judgment of Acquittal, filed after the close of the Government's case, an incorporates all arguments therein, the Defendant further states that he presented direct evidence which discredited the estimated net weight given by the Forensic Chemist, Ms. Danelle Frasca. Ms. Frasca offered this weight in order to establish beyond a reasonable doubt that the weight of the narcotics, which is the subject of Count I of the indictment was over five grams. Ms. Frasca conceded however, that this was an estimated weight, and that she only weighed five bags to arrive at this

- 2 -

estimate. Ms. Frasca also indicated that she was unaware of the weights of the other 13 bags when she performed her estimate, thus revealing an insufficiency of the evidence to establish the weight.

When one couples this with the evidence presented by the Defendant, as to unreliability of Ms. Frasca's estimate, the Government's presentation falls short, and would be insufficient to submit to the finder of fact for consideration of guilt.

As a result, no reasonably fact-finder could have found the defendant guilty beyond a reasonable doubt.

CRANDEL RACK,<br>
By his Attorney,<br><br>
Gordon W. Spencer<br>
BBO #630488<br>
1256 Park Street #104<br>
Stoughton, MA 02072<br>
(781) 297-9293

Dated:   July 1, 2005