UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10300-GAO |
| CRANDALL RACK,<br>        Defendant. | ) ) ) ) | |

GOVERNMENT'S MOTION TO CONTINUE SENTENCING

The government hereby respectfully requests, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, that this court continue the Sentencing Hearing in this matter from October 12, 2005, to any date on or after October 26, 2005.

The reason for this request is that additional time is needed so that both parties will have the opportunity to review and respond to the PreSentence Report.

The government, therefore, respectfully requests that this Motion be granted and that the Sentencing Hearing be moved to a date on or after October 26, 2005.

          Respectfully submitted,

          MICHAEL J. SULLIVAN
          United States Attorney

By:
    /s/ Paul R. Moore
    Paul R. Moore
    Assistant U.S. Attorney

DATE:       September 22, 2005

CERTIFICATE OF SERVICE

Suffolk, S.S.                                              Boston, Massachusetts
                                                           September 22, 2005

    I, Paul R. Moore, Assistant U.S. Attorney, do hereby certify that I have served a copy the foregoing by first class mail to counsel for the Defendant, Gordon Spencer.

    /s/ Paul R. Moore
    Paul R. Moore
    Assistant U.S. Attorney