UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.: 04-10330-GAO

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CRANDEL RACK | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given that Mr. Crandel Rack, the Defendant in the above named case hereby appeal to the United States Court of Appeals for the First Circuit issues of law surrounding all issues of law surrounding the sentence imposed against the defendant on the 1st day of December, 2005.

Respectfully Submitted,
CRANDEL RACK,
By his Attorney,

Gordon W. Spencer, Esq.
BBO #630488
1256 Park Street, Suite 104
Stoughton, MA 02072

Dated: December 9, 2005.

## GORDON W. SPENCER

*Attorney at Law*

1256 Park Street, Suite 104
Stoughton, MA 02072

(781) 297-9293
Fax: (781) 297-9295

December 9, 2005

**VIA FIRST CLASS MAIL**

Clerk for the
Honorable Justice George O'Toole
United States Courthouse, Suite 9200
One Courthouse Way
Boston, Massachusetts 02210

    RE:    United States v. Crandel Rack
               Criminal No. 04-10300-GAO

Dear Sir or Madam:

    Enclosed please find:

        DEFENDANT'S MOTION FOR CONTINUANCE and EXCLUDABLE TIME

    I hereby also certify that I have served a copy of the foregoing upon Assistant United States Attorney Paul Moore, Counsel for the United States of America, this 9th day of December, 2005.

                                                   Very truly yours,

                                                   Gordon W. Spencer

Enc