## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cr-10330

United States of America

v.

Crandel Rack

### CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 12/15/2005.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 16, 2006.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/16/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:04-cr-10300-GAO-ALL

Case title: USA v. Rack                        Date Filed: 09/29/2004

Assigned to: Judge George A. O'Toole, Jr

**Defendant**

**Crandall Rack** (1)                          represented by **Gordon W. Spencer**
*TERMINATED: 12/02/2005*                       Suite 104
                                               1256 Park Street
                                               Stoughton, MA 02072
                                               781-297-9293
                                               Fax: 781-297-9295
                                               Email: attyspencer@aol.com
                                               *LEAD ATTORNEY*
                                               *ATTORNEY TO BE NOTICED*
                                               *Designation: Retained*

**Pending Counts**                             **Disposition**

21:841(a)(1) Possession of                     60 months imprisonment on count
Cocaine Base with Intent to                    1. The court recommends to the
Distribute                                     Bureau of Prisons that the
(1)                                            defendant be considered for the
                                               500 hour drug treatment program.
                                               4 years Supervised Release on
                                               count 1. Deft. shall not possess a
                                               firearm; Deft. shall cooperate in
                                               the collection of DNA; The deft.
                                               shall refrain from any unlawful
                                               use of a controlled substance. The
                                               defendant shall submit to one drug
                                               test within 15 days of release from
                                               imprisonment placement on
                                               probation and at least two periodic
                                               drug tests thereafter, not to exceed

104 drug tests per year, as directed by the Probation Office; The deft. is to participate in a program for substance abuse counseling as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment. Deft. is assessed 100.00.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:924(c)(1)(A) Possession of a Firearm During Crime of Drug Trafficking (2) | The defendant was found not guilty by the court after a trial. |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| USA | represented by | **Paul R. Moore**<br>United States Attorney's Office<br>John Joseph Moakley Federal Courthouse<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>617-748-3700<br>Fax: 617-748-3951 |
|---|---|---|

Email: paul.moore@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/29/2004 | 1 | INDICTMENT as to Crandall Rack (1) count(s) 1, 2. (Gawlik, Cathy) (Entered: 09/30/2004) |
| 09/29/2004 | 2 | Judge George A. O'Toole Jr.: ORDER entered ORDER REFERRING CASE to Magistrate Judge Marianne B. Bowler Reason for referral: pretrial proceedings as to Crandall Rack (Gawlik, Cathy) (Entered: 09/30/2004) |
| 09/29/2004 |  | Arrest Warrant Issued as to Crandall Rack. (Gawlik, Cathy) (Entered: 09/30/2004) |
| 09/30/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler:Initial appearance as to Crandall Rack held on 9/30/2004; Paul Moore for the govt. and Gordon Spencer for the deft.; Basil Cronin for Pretrial Services; Counsel for the deft. files appearance in open court; Deft. informed of charges, rights and right to counsel; Deft. is sworn and questioned by the court; Govt. moves for detention and continuance; Detention and arraignment set for October 5, 2004 at 2:30 PM. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 09/30/2004) |
| 09/30/2004 | 3 | NOTICE OF ATTORNEY APPEARANCE: Gordon W. Spencer appearing for Crandall Rack (Saccoccio, Dianalynn) (Entered: 10/01/2004) |
| 10/01/2004 | 4 | Arrest Warrant Returned Executed on 09/30/04. as to Crandall Rack. (Edge, Eugenia) (Entered: 10/04/2004) |
| 10/05/2004 |  | Electronic Clerk's Notes for proceedings held before Judge Marianne B. Bowler:Arraignment as to Crandall Rack (1) Counts 1 and 2 held on 10/5/2004 and detention hearing as to Crandall Rack held on 10/5/2004; Paul Moore for the govt.; Gordon Spencer for the deft.; John Riley for Pretrial Services; Govt. calls Agent Lisa Rudnicki to the stand to testify; Counsel for the deft. cross examines the witness; Counsel for the deft. calls Wanda Rack to the stand to testify; Govt. does not cross examine the witness; Govt. moves for the detention of the deft.; Counsel for the deft. moves for release with |

| | | |
|---|---|---|
| | | conditions; The court takes the matter under advisement; Deft. waives the reading of the indictment in its entirety and pleads not guilty to all counts; Govt. anticipates 15 witnesses and the trial to last three days; Initial status conference set for November 19, 2004 at 10:00 AM; Deft. remanded to the custody of the U.S. Marshals. (Tape #Digital.) (Saccoccio, Dianalynn) Modified on 10/5/2004 (Saccoccio, Dianalynn). (Entered: 10/05/2004) |
| 10/05/2004 | 5 | EXHIBIT/WITNESS LIST by USA and Crandall Rack as to Crandall Rack (Saccoccio, Dianalynn) (Entered: 10/05/2004) |
| 11/19/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler: Initial status conference for Crandall Rack held on 11/19/2004; Paul Moore for the govt. and Gordon Spencer for the deft.; Parties address the status of the case and file an initial status report in open court; Final status is set for 1/13/2005 at 10:30 AM; Parties agree to exclude the time from today to 1/13/2005 and the govt. will file an assented to motion. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 11/19/2004) |
| 11/19/2004 | 6 | JOINT MOTION to Exclude Timeas to Crandall Rack by USA, Crandall Rack. (Edge, Eugenia) (Entered: 11/22/2004) |
| 11/19/2004 | 7 | JOINT MEMORANDUM of the parties re initial status conference by Crandall Rack (Edge, Eugenia) (Entered: 11/22/2004) |
| 11/23/2004 | 8 | Judge Marianne B. Bowler: ORDER entered ORDER OF DETENTION as to Crandall Rack. (Bowler, Marianne) (Entered: 11/23/2004) |
| 12/09/2004 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 6 Motion to Exclude as to Crandall Rack(1). (Bowler, Marianne) (Entered: 12/09/2004) |
| 01/11/2005 | 9 | MOTION to Continue the Interim Status Conference and to Exclude the Time for Crandall Rack by Crandall Rack and USA. (Saccoccio, Dianalynn) (Entered: 01/12/2005) |
| 01/12/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 9 Motion to Continue as to Crandall Rack(1). (Bowler, Marianne) (Entered: 01/12/2005) |
| 01/13/2005 | | Set/Reset Hearings for Crandall Rack: Interim status conference set for 2/7/2005 at 2:30 PM before Magistrate |

| | | |
|---|---|---|
| | | Judge Marianne B. Bowler. (Saccoccio, Dianalynn) (Entered: 01/13/2005) |
| 02/07/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler: Interim status conference for Crandall Rack held on 2/7/2005; Paul Moore for the govt. and Gordon Spencer for the deft.; Parties file a joint status memorandum and counsel for the deft. requests a final status conference on 3/9/2005; A final status conference is set for 3/9/2005 at 2:30 PM; Parties agree to exclude the time from today to 3/9/2005 and the govt. will file an assented to motion to exclude the time. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 02/07/2005) |
| 02/07/2005 | 10 | Assented to MOTION for Excludable Delay from February 8, 2005 to March 9, 2005 as to Crandall Rackby USA. (Moore, Paul) (Entered: 02/07/2005) |
| 02/07/2005 | 11 | Joint Memorandum regarding Final Status Conference as to Crandall Rack (Abaid, Kim) (Entered: 02/08/2005) |
| 02/08/2005 | | Judge Marianne B. Bowler: Electronic ORDER entered granting 10 Motion to Exclude as to Crandall Rack(1). (Bowler, Marianne) (Entered: 02/08/2005) |
| 03/09/2005 | | Electronic clerk's notes for proceedings held before Magistrate Judge Marianne B. Bowler; Final status conference for Crandall Rack held on 3/9/2005; Paul Moore for the govt. and Gordon Spencer for the deft.; Parties request that the case is returned to the district court for trial and file a final status memorandum in open court; The court will file a final status report forthwith indicating that the case is ready for trial. (Tape #Digital.) (Saccoccio, Dianalynn) (Entered: 03/10/2005) |
| 03/09/2005 | 12 | Magistrate Judge Marianne B. Bowler: ORDER entered; REPORT AND ORDER on Final Status Conference for Crandall Rack (Saccoccio, Dianalynn) (Entered: 03/11/2005) |
| 03/09/2005 | | Magistrate Judge update in the case of Crandall Rack; Magistrate Judge Marianne B. Bowler no longer assigned to case. (Saccoccio, Dianalynn) (Entered: 03/11/2005) |
| 03/09/2005 | 13 | JOINT MEMORANDUM of the parties re initial status conference (Edge, Eugenia) (Entered: 03/14/2005) |
| 03/14/2005 | | NOTICE OF HEARING as to Crandall Rack Status Conference set for 3/23/2005 02:15 PM in Courtroom 9 before |

| | | |
|---|---|---|
| | | Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 03/14/2005) |
| 03/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Status Conference as to Crandall Rack held on 3/23/2005 Jury Selection set for 4/19/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Jury Trial set for 4/19/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Final Pretrial Conference set for 4/7/2005 03:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Richard Romanow.) (Lyness, Paul) (Entered: 03/23/2005) |
| 03/30/2005 | 14 | MOTION to Continue and Excludable Time as to Crandall Rack. (Lyness, Paul) (Entered: 04/04/2005) |
| 04/01/2005 | 15 | RESPONSE to Motion by USA as to Crandall Rack re 14 MOTION to Continue (Lyness, Paul) (Entered: 04/04/2005) |
| 04/04/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 14 Motion to Continue as to Crandall Rack (1) (Lyness, Paul) (Entered: 04/04/2005) |
| 04/04/2005 | | NOTICE OF RESCHEDULING as to Crandall Rack Jury Selection set for 5/16/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Jury Trial set for 5/16/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr..Final Pretrial Conference set for 5/5/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 04/04/2005) |
| 04/21/2005 | 16 | Proposed Voir Dire by USA as to Crandall Rack (Moore, Paul) (Entered: 04/21/2005) |
| 04/21/2005 | 17 | Proposed Jury Instructions by USA as to Crandall Rack (Moore, Paul) (Entered: 04/21/2005) |
| 04/25/2005 | 18 | EXHIBIT/WITNESS LIST by USA as to Crandall Rack (Moore, Paul) (Entered: 04/25/2005) |
| 04/25/2005 | 19 | EXHIBIT/WITNESS LIST by USA as to Crandall Rack (Moore, Paul) (Entered: 04/25/2005) |
| 05/04/2005 | 20 | MOTION to Continue *Trial Date From May 16, 2005 To Any Date After May 23, 2005* as to Crandall Rackby USA. (Moore, Paul) (Entered: 05/04/2005) |
| 05/05/2005 | | Electronic Clerk's Notes for proceedings held before Judge |

| | | |
|---|---|---|
| | | George A. O'Toole Jr.:Final Pretrial Conference as to Crandall Rack held on 5/5/2005, Motions 20 to continue trial date GRANTED as to Crandall Rack: Jury Selection set for 5/23/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Jury Trial set for 5/23/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Counsel will report to Court by 5/19/05 whether trial in Suffolk Superior Court also scheduled for 5/23/05 will go forward on that date. If Suffolk Superior Court trial will go forward on 5/23/05, then jury selection and trial in this case will begin on 5/31/05 09:00 AM in Courtroom 9 before Judge George A. O'Toole, Jr. Motions terminated: 20 Motion to Continue Trial Date from May 16, 2005 to any Date After May 23, 2005. (Court Reporter Catherine Handel.) (Edge, Eugenia) (Entered: 05/05/2005) |
| 05/05/2005 | 21 | NOTICE to Call Expert Witness by Crandall Rack. Filed in Open Court. (Edge, Eugenia) (Entered: 05/06/2005) |
| 05/05/2005 | 22 | Lists of EXHIBIT by Crandall Rack (Edge, Eugenia) (Entered: 05/06/2005) |
| 05/05/2005 | 23 | List of Trial WITNESSES by Crandall Rack (Edge, Eugenia) (Entered: 05/06/2005) |
| 05/20/2005 | | NOTICE OF HEARING as to Crandall Rack Jury Selection set for 5/31/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. Jury Trial set for 5/31/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 05/20/2005) |
| 05/25/2005 | 24 | EXHIBIT/WITNESS LIST by USA as to Crandall Rack (Moore, Paul) (Entered: 05/25/2005) |
| 05/25/2005 | 25 | ***DUPLICATE ENTRY OF #24***EXHIBIT/WITNESS LIST by USA as to Crandall Rack (Moore, Paul) Modified on 5/27/2005 to add text (Edge, Eugenia). (Entered: 05/25/2005) |
| 05/26/2005 | 26 | NOTICE *(Assented-To Motion To Waive Jury Trial And Continue The Matter For Bench Trial)* by USA as to Crandall Rack (Moore, Paul) (Entered: 05/26/2005) |
| 05/27/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Telephone Conference as to Crandall Rack held on 5/27/2005 A hearing on 26 Assented-to Motion to Waive Jury Trial and Continue the Matter for Bench Trial is |

| | | |
|---|---|---|
| | | scheduled for 5/31/05 09:00 AM in Courtroom 9 before Judge George A. O'Toole, Jr (Court Reporter Shelly Killian.) (Edge, Eugenia) (Entered: 05/27/2005) |
| 05/31/2005 | 27 | Defendant's Written Waiver of Jury Trial pursuant to Fed. R. Crim. P 23(a) by Crandall Rack (Lyness, Paul) (Entered: 05/31/2005) |
| 05/31/2005 | 28 | MOTION to Exclude Testimony Regarding Second Testing of Narcotics as to Crandall Rack. (Lyness, Paul) (Entered: 05/31/2005) |
| 05/31/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 28 Motion to Exclude as to Crandall Rack (1) (Lyness, Paul) (Entered: 05/31/2005) |
| 05/31/2005 | 29 | MOTION for Reconsideration re Order on Motion to Exclude *[Motion to Reconsider Suppression Ruling]* as to Crandall Rackby USA. (Moore, Paul) (Entered: 05/31/2005) |
| 05/31/2005 | 30 | NOTICE *(Stipulations Of Fact)* by USA as to Crandall Rack (Moore, Paul) (Entered: 05/31/2005) |
| 05/31/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.: Conference as to Crandall Rack held on 5/31/2005. After consultation with counsel, defendant waives his right to a jury trial and agrees to have the case tried by the court. A bench trial is scheduled for Monday, June 6, 2005 at 9:00am in Courtroom 9 on the 3rd floor. (Court Reporter Richard Romanow.) (Lyness, Paul) (Entered: 06/01/2005) |
| 06/01/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered. as to Crandall Rack re 29 MOTION for Reconsideration re Order on Motion to Exclude *[Motion to Reconsider Suppression Ruling]* filed by USA, Defendant is to file any opposition to the motion for reconsideration by the close of business on Thursday, June 2, 2005 (Lyness, Paul) (Entered: 06/01/2005) |
| 06/02/2005 | 31 | (faxed) Opposition by Crandall Rack re 29 MOTION for Reconsideration re Order on Motion to Exclude *[Motion to Reconsider Suppression Ruling]*. (Edge, Eugenia) (Entered: 06/02/2005) |
| 06/03/2005 | 32 | Revised List of Prospective trial EXHIBITS by USA as to Crandall Rack (Moore, Paul) Modified on 6/3/2005 to add text (Edge, Eugenia). (Entered: 06/03/2005) |

| | | |
|---|---|---|
| 06/03/2005 | 33 | TRANSCRIPT of Hearing as to Crandall Rack held on May 31, 2005 before Judge O'Toole. Court Reporter: Richard H. Romanow. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-0370 or the Clerk's Office. (Scalfani, Deborah) (Entered: 06/03/2005) |
| 06/06/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:The bench trial that was scheduled to begin on 6/6/05 has been continued based on the court's ruling with respect to the govt's motion. The court GRANTS the govt's motion for reconsideration to the extent that the gov't can call a rebuttal witness with respect to the actual weight. Motions terminated as to Crandall Rack: Status Conference set for 6/10/2005 10:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 06/06/2005) |
| 06/10/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Pretrial Conference as to Crandall Rack held on 6/10/2005 Bench Trial set for 6/29/2005 09:00 AM in Courtroom 9 before Judge George A. O'Toole Jr.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 06/10/2005) |
| 06/27/2005 | 34 | MOTION for Reconsideration *(Renewed Motion for Reconsideration)* as to Crandall Rackby USA. (Moore, Paul) (Entered: 06/27/2005) |
| 06/29/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered denying 34 Motion for Reconsideration re 34 MOTION for Reconsideration *(Renewed Motion for Reconsideration)* filed by USA, as to Crandall Rack (1) (Lyness, Paul) (Entered: 07/01/2005) |
| 06/29/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Bench Trial begun on 6/29/2005 as to Crandall Rack (1) Count 1,2. Opening statements are made. Testimony of Roque Heath, Kenneth Cowans,William Donga,John Ryle,Timothy Adams,Daniela Frasca given. Evidence presented. Government rests. Trial continued to Friday, July 1, 2005 at 9:00am. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 07/01/2005) |
| 07/01/2005 | | Electronic Clerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Bench Trial continued and concluded |

|  |  | on 7/1/05 as to Crandall Rack Testimony of witness Wanda Rack and Roger Grimsom given. Evidence presented. Defendant rests. Gov't calls Daniela Frasca as their rebuttal witness and defendant calls Roger Grimsom as their rebuttal witness. Evidence presented. Closing arguments made by counsel. The court finds the defendant guilty on count 1 and not guilty on count 2. PSR Ordered. Sentence date is scheduled for 10/12/05 at 2:00pm. Defendant continued remanded. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 07/01/2005) |
|---|---|---|
| 07/01/2005 | 35 | EXHIBIT/WITNESS LIST (Lyness, Paul) (Entered: 07/01/2005) |
| 07/01/2005 | 36 | MOTION for Judgment of Acquittal at the Close of Government's Evidence as to Crandall Rack. (Lyness, Paul) (Entered: 07/01/2005) |
| 07/01/2005 |  | Judge George A. O'Toole Jr.: Electronic ORDER entered denying 36 Motion for Judgment of Acquittal at the Close of the Government's Evidence as to Crandall Rack (1) (Lyness, Paul) (Entered: 07/01/2005) |
| 07/01/2005 | 37 | MOTION for Judgment of Acquittal at the Close of the Defendant's Case as to Crandall Rack. (Lyness, Paul) (Entered: 07/01/2005) |
| 07/01/2005 |  | Judge George A. O'Toole Jr.: Electronic ORDER entered denying 37 Motion for Judgment of Acquittal at the Close of the Defendant's Case as to Crandall Rack (1) (Lyness, Paul) (Entered: 07/01/2005) |
| 07/01/2005 | 38 | Judge George A. O'Toole Jr.: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Crandall Rack Sentencing set for 10/12/2005 02:00 PM in Courtroom 9 before Judge George A. O'Toole Jr.. (Lyness, Paul) (Entered: 07/01/2005) |
| 09/22/2005 | 39 | MOTION to Continue *Sentencing* to 10/26/05 as to Crandall Rackby USA. (Moore, Paul) (Entered: 09/22/2005) |
| 09/28/2005 |  | Judge George A. O'Toole Jr.: ElectronicORDER entered granting 39 Motion to Continue as to Crandall Rack (1)The new sentence date is now scheduled for 12/1/05 at 2:15 in Courtroom 9 before The Honorable George A. O'Toole, Jr. Please mark your calendars accordingly. (Lyness, Paul) |

| | | (Entered: 09/28/2005) |
|---|---|---|
| 10/05/2005 | ●40 | EXCERPT TRANSCRIPT of Bench Trial Day Two (Testimony of Roger Grimson) as to Crandall Rack held on July 1, 2005 before Judge O'Toole. Court Reporter: Shelly M. Killian. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-7117 or the Clerk's Office. (Scalfani, Deborah) (Entered: 10/05/2005) |
| 10/11/2005 | ● | NOTICE OF RESCHEDULING as to Crandall Rack Sentencing set for 12/1/2005 02:15 PM in Courtroom 9 before Judge George A. O'Toole Jr.. Please mark your calendars accordingly.(Lyness, Paul) (Entered: 10/11/2005) |
| 12/02/2005 | ● | ElectronicClerk's Notes for proceedings held before Judge George A. O'Toole Jr.:Sentencing held on 12/2/2005 for Crandall Rack (1), Count(s) 1, 60 months imprisonment on count 1. The court recommends to the Bureau of Prisons that the defendant be considered for the 500 hour drug treatment program. 4 years Supervised Release on count 1. Deft. shall not possess a firearm; Deft. shall cooperate in the collection of DNA; The deft. shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment placement on probation and at least two periodic drug tests thereafter, not to exceed 104 drug tests per year, as directed by the Probation Office; The deft. is to participate in a program for substance abuse counseling as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment. Deft. is assessed 100.00.; Count(s) 2, The defendant was found not guilty by the court after a trial.. (Court Reporter Shelly Killian.) (Lyness, Paul) (Entered: 12/02/2005) |
| 12/02/2005 | ●41 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT as to Crandall Rack (1), Count(s) 1, 60 months imprisonment on count 1. The court recommends to the Bureau of Prisons that the defendant be considered for the 500 hour drug treatment program. 4 years Supervised Release on count 1. Deft. shall not possess a firearm; Deft. shall cooperate in the collection of DNA; The deft. shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment |

| | | |
|---|---|---|
| | | placement on probation and at least two periodic drug tests thereafter, not to exceed 104 drug tests per year, as directed by the Probation Office; The deft. is to participate in a program for substance abuse counseling as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment. Deft. is assessed 100.00.; Count(s) 2, The defendant was found not guilty by the court after a trial. (Lyness, Paul) (Entered: 12/02/2005) |
| 12/15/2005 | 42 | NOTICE OF APPEAL by Crandall Rack **Filing fee NOT RECEIVED $ 0.. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 1/4/2006. (Edge, Eugenia) (Entered: 12/15/2005) |