UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

File Number 04-10300

FILED
IN CLERKS OFFICE

2006 APR 24  P 2: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | ) |
| --- | --- |
|  | ) |
| v. | ) |
|  | ) |
| CRANDALL RACK | ) |

**MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS
FROM DISTRICT COURT TO THE COURT OF APPEALS**

Pursuant to Federal Rules of Appellate Procedure 24(a), and Local Rule 46.5, the Defendant hereby moves for leave to proceed on appeal IN FORMA PAUPERIS and to appoint the Defendant appellate counsel from a panel maintained by the court. As grounds therefore the Defendant states that he is unable to pay fees or costs, or to give security therefore, and also believes that he is entitled to redress on his sentence.

CRANDALL RACK
By his Attorney,

Gordon W. Spencer, Esq.
BBO #630488
1256 Park Street #104
Stoughton, MA 02072
(781) 297-9293

Dated:   April 24, 2006