UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

File Number 04-10300

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CRANDALL RACK | ) |

FILED
IN CLERKS OFFICE

2006 APR 24  P 2: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

## MOTION TO WITHDRAW

I, Gordon W. Spencer, pursuant to Local Rule 46.4 and 46.5, my services having been completed as trial counsel for the above-named defendant, do hereby withdraw as counsel of record on the above-numbered indictment(s). An affidavit in support of said motion is enclosed.

Respectfully Submitted,

Gordon W. Spencer, Esq.
BBO #630488
1256 Park Street, Suite 104
Stoughton, MA 02072
(781) 297-9293

Dated: April 24, 2006