UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

File Number 04-10300

FILED
IN CLERKS OFFICE

2006 APR 24  P 2: 29

U.S. DISTRICT COURT
DISTRICT OF MASS.

| UNITED STATES OF AMERICA | ) |
| --- | --- |
|  | ) |
| v. | ) |
|  | ) |
| CRANDALL RACK | ) |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW**

Under oath, I hereby depose and state as follows:

1. My name is Gordon W. Spencer and I am the counsel for the Defendant in the above-entitled matter.

2. I represented Mr. Rack at trial before the Honorable Justice George O'Toole Jr., at trial for two offenses, where he was convicted of one offense and acquitted of another.

3. With respect to the offense where the Defendant was convicted, he asked me to file a notice of appeal of the sentence, which I did.

4. The Defendant, however, is without the funds to pay for the service of appealing the sentence, and wishes to apply for appointment of replacement counsel under the Criminal Justice Act.

5. As of present, Mr. Rack does not wish to be represented by myself, in light of his present station.

Signed under the pains and penalties of perjury this 24th day of April, 2006.

_____
Gordon W. Spencer