UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

File Number 04-10300

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| CRANDALL RACK | ) |

**MOTION TO RECONSIDER DENIAL OF LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS FROM DISTRICT COURT TO THE COURT OF APPEALS**

Pursuant to Federal Rules of Appellate Procedure 24(a), and Local Rule 46.5, the Defendant hereby moves for reconsideration of his request for leave to proceed on appeal IN FORMA PAUPERIS and to appoint the Defendant appellate counsel from a panel maintained by the court.   As grounds therefore the Defendant states that he is unable to pay fees or costs, or to give security therefore, and also believes that he is entitled to redress on his sentence.   Further, the Defendant hereby submits supporting documentation in the form of his Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis.

                                         CRANDALL RACK
                                         By his Attorney,

                                         /s/Gordon W. Spencer
                                         Gordon W. Spencer, Esq.
                                         BBO #630488
                                         1256 Park Street #104
                                         Stoughton, MA 02072
                                         (781) 297-9293

**Dated:   July 18, 2006**