*Affidavit to Accompany Motion for*

*Leave to Appeal in Forma Pauperis*

United States District Court for the District of __MA__

A.B., Plaintiff

v. Case No. __04-10330-GAO__

C.D., Defendant

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)  Signed: _Crandel Rack_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.  Date: __6·21·06__ |

My issues on appeal are: I feel I got sentenced unfairly. Basically I got charged with something my judge gave me a not guilty on. Which is Drug Trafficing 5grams or more. The weight couldn't be proven at trial. At sentencing they gave me time for the weight that couldn't be determain. If the weight couldn't be determained u would have to sentence me under 5grams. → continued on paper

1. For both you and you spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise. (N/A)

Income source Average monthly amount during Amount expected next month

(N/A)

*the past 12 months*

*You  Spouse  You  Spouse*

Employment $ none  $ none  $ N/A  $ N/A

Self-employment $ N/A  $ N/A  $ N/A  $ N/A

Income from real property $ N/A  $ N/A  $ N/A  $ N/A
(such as rental income)

Interest and dividends $ N/A  $ N/A  $ N/A  $ N/A

Gifts $ N/A  $ N/A  $ N/A  $ N/A

Alimony $ N/A  $ N/A  $ N/A  $ N/A

Child support $ none  $ none  $ none  $ none

Retirement (such as social $ N/A  $ N/A  $ N/A  $ N/A
security, pensions, annuities, (N/A)
insurance (N/A)

Disability (such as social $ N/A  $ N/A  $ N/A  $ N/A
security, insurance payments)
N/A

*Unemployment payments* $ N/A  $ N/A  $ N/A  $ N/A

*Public-assistance* $ N/A  $ N/A  $ N/A  $ N/A
*(such as welfare)*

*Other (specify):* N/A  $ N/A  $ N/A  $ N/A  $ N/A

*Total Monthly income:* $ N/A  $ N/A  $ N/A  $ N/A

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Pay | Dates of Employ. |
|---|---|---|---|
| AT&T | Hancock St. Quincy, MA | N/A | Aug 04 – Sept. 04 |
| Vanguard Security Northeastern U. | Columbus Ave. Rox, MA | 1200 month | Sept. 01 – March 03 |
| UPS | Watertown, MA | 180 month | Aug. 99 – April 00 |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employ. |
|---|---|---|
| N/A | N/A | N/A |
| N/A | N/A | N/A |
| N/A | | |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | |
| N/A | N/A | $ N/A | $ N/A |
| | | $ N/A | $ N/A |
| | | | $ N/A |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.   N/A

5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle |
|---|---|---|
| N/A | N/A | Make & year: N/A |
| N/A | N/A | Model: N/A |
| N/A | N/A | Registration #: N/A |

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets |
|---|---|---|
| Make & year: N/A | N/A | N/A |
| Model: N/A | N/A | N/A |
| Registration #: N/A | N/A | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you |
|---|---|
| N/A | N/A |

N/A

N/A

7. State the persons who rely on you or your spouse for support.

| Name | |
|---|---|
| N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

**You Spouse**  N/A

Rent or home mortgage payment (include lot rented $ N/A  $ N/A

for mobile home)  N/A

Are any real estate taxes included? Yes (No)

Is property insurance included? Yes (No)

Utilities (electricity, heating fuel, water, sewer, and $ N/A  $ N/A

Telephone)  N/A

Home maintenance (repairs and upkeep) $ N/A  $ N/A

Food $ N/A  $ N/A

Clothing $ N/A  $ N/A

Laundry and dry-cleaning $ N/A  $ N/A

Medical and dental expenses $ N/A  $ N/A

Transportation (not including motor vehicle payments) $ N/A  $ N/A

Recreation, entertainment, newspapers, magazines, etc. $ N/A  $ N/A

Insurance (not deducted from wages or included in $ N/A  $ N/A
Mortgage payments)

Homeowner's or renter's $ N/A  $ N/A

Life $ N/A  $ N/A

Health $ N/A  $ N/A

Motor Vehicle $ N/A  $ N/A

Other: N/A  $ N/A  $ N/A

Taxes (not deducted from wages or included in $ N/A  $ N/A
Mortgage payments)(specify): N/A

Installment payments  $ N/A  $ N/A

Motor Vehicle  $ N/A  $ N/A

Credit card (name): N/A   $ N/A  $ N/A

Department store (name): N/A   $ N/A  $ N/A
Other: N/A   $ N/A  $ N/A

Alimony, maintenance, and support paid to others  $ N/A  $ N/A

Regular expenses for operations of business, profession,  $ N/A  $ N/A
or farm (attach detailed statement)

Other (specify): N/A   $ N/A  $ N/A

**Total monthly expenses:**  $ N/A  $ N/A

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?  N/A
Yes No If yes, describe on an attached sheet.
N/A

10. Have you paid -- or will you be paying -- an attorney any money for services in connection with this case, including the completion of this form? (Yes) No

*If yes, how much?* $ __N/A__

*If yes, state the attorney's name, address, and telephone number:*

Gordon Spencer
1256 Park St., Suite 104
Stoughton, MA. 02072 (781) 297-9293

11. Have you paid -- or will you be paying -- anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

(Yes) No

*If yes, how much?* $ 20,000

*If yes, state the person's name, address, and telephone number:*

Gordon W. Spencer
1256 Park St., Suite 104
Stoughton, MA. 02072 (781) 297-9293

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I have no income and no money.

5/27/2006

13. State the address of your legal residence.

20 Warwick St

Boston, MA, 02120

Your daytime phone number: (617) 442-2129

Your age: 26    Your years of schooling: 12

Your social security number: ___

Issues on appeal (continued from page 1)

Further, I believe that United States v. Booker doesn't support what the Government and Probation has calculated as "accurate guidelines".

For one in United States v. Booker, it is held that the Sixth Amendment is violated where the Sentencing Judge determines a fact not found by the jury. Also, the Sixth amendment is violated when the sentencing judge sentences a Defendant based upon facts not solely based upon the jury's verdict. I also believe the fifth amendment is also implicated in this issue.

The Presentence report finds a base offense level of 26, which is derived from a finding of 5.89 grams of cocaine base. A fact which was not found by jury (or in this case the court). The weight of the drugs is a fact that experiences a direct relationship with the guidelines as well as the sentence. The weight of the drugs (5.89 grams) was put before the jury (or judge) with the appropriate standard to applied, and this fact (5.89) was rejected. I don't believe the Booker opinion allows the court to consider a fact which speaks to sentencing, but not proven beyond a reasonable doubt to factor in to the guideline calculation.

United States v. Booker also overrules United States v. Watts, where we can see that the judge could for sentencing, find facts not found by the jury, by a preponderance of the evidence, and sentence a person accordingly.