Dear,
   Judge George A. O'Toole. My name is Crandel Rack I was in your courtroom some years ago. I am just writing because I understand that the guidelines to the Crack-Cocaine laws has been changed. I don't know if I'm eligable for a reduction or not. I need you or someone at the court house to let me know if I am eligable for a reduction. So I can go about the ~~proper~~ presedures into getting a reduction. Thank you for your time.