Date: 2·4·08

Hon. George A. O'Toole
c/o _____
Deputy Clerk
United States District Court

Dear Paul Lyness::

    I was sentenced by Judge  O'Toole  on 12/1/05 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

    I __ do √ do not wish to be represented by the same lawyer who represented me at my original sentencing.

                                Sincerely,

Name: Crandel Rack 25368-038
Address: Metropolitan Detention Center
P.O. Box 329002
Brooklyn, NY. 11232

Telephone: _____