Date: _3·3·08_

Hon. _George A. O'Toole_
c/o _____
Deputy Clerk
United States District Court

Dear _Paul Lyness_

    I was sentenced by Judge ___O'Toole___ on _12·1·05_ based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    My current release date is _7·29·09_

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

                    Sincerely,

Name: _Crandel Rack 25368-038_
Address: _MDC Brooklyn_
           _P.O. Box 329002_
           _Brooklyn, NY. 11232_

Telephone: _____

O4- 10300