UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                              CASE NO. 04-10300-GAO

Crandall Rack
                  Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of    3/14/2008    to represent said defendant in this cause until further order of the Court.

SARAH A. THORNTON
CLERK OF COURT

By:    Marc K. Duffy, Esq.
       Deputy Clerk

DATE:  3/14/2008

(FPD Appoint (Rack).wpd - 3/7/2005)