UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10300-GAO |
| | ) | |
| CRANDALL RACK | ) | |

NOTICE OF APPEARANCE

Assistant Federal Defender Timothy G. Watkins hereby files his appearance on behalf of defendant Crandall Rack.

                                          CRANDALL RACK
                                          By his attorney,

                                          /s/ Timothy G. Watkins
                                          Timothy G. Watkins
                                            B.B.O. # 567992
                                          Federal Defender Office
                                          408 Atlantic Avenue, 3rd Floor
                                          Boston, MA  02110
                                          Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 19, 2008.

                                          /s/ Timothy G. Watkins
                                          Timothy G. Watkins