UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10300-GAO |
| | ) | |
| CRANDALL RACK | ) | |

MOTION TO WITHDRAW

The undersigned respectfully moves this Court for leave to withdraw as counsel for defendant in this matter. As grounds for this motion, the undersigned has been re-assigned to another Assistant Federal Public Defender.

CRANDALL RACK
By his attorney,

/s/ J. Martin Richey
J. Martin Richey
  B.B.O. #559902
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, J. Martin Richey, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 26, 2008

 /s/ J. Martin Richey
J. Martin Richey